**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20637-BLOOM**

DEXTER ETIENNE MODESTE,

      Plaintiff,

v.

MICHAEL, *et al.*,

      Respondent.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On February 5, 2021, Plaintiff Dexter Etienne Modeste filed a Complaint pursuant to 42 U.S.C. § 1983, ("Complaint"), ECF No. [2], and an Application to Proceed in District Court without Prepaying Fees or Costs ("Application"), ECF No. [1]. On February 18, 2021, finding that Plaintiff's Application was deficient, the Court denied the Application. ECF No [6] ("Order"). Plaintiff was ordered to either pay the $402.00 filing fee or re-file his Application with the account statement by March 18, 2021. *Id.*

Under 28 U.S.C. § 1914(a), the Clerk of Court is instructed to require parties instituting a civil action to pay a filing fee. *See id.* Nevertheless, under 28 U.S.C. § 1915(a)(1),

> any court of the United States may authorize the commencement . . . of any suit, action or proceeding, civil or criminal, . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor.

*Id.* (alterations added). Where the Plaintiff is a prisoner, along with the affidavit, "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" is also required. 28 U.S.C. § 1915(a)(2).

Case No. 21-cv-20637-BLOOM

To date, Plaintiff has not paid the $402.00 filing fee or submitted a renewed application to proceed *in forma pauperis* with a copy of the trust fund account statement, nor has Plaintiff sought an extension of time to do so. The Court's Order cautioned that "failure to pay the filing fee or renew his motion to proceed *in forma pauperis* in accordance with the foregoing instructions will result in dismissal of this case." ECF No. [6] at 7.

Accordingly, it **is ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to mark the case as **CLOSED** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 26, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Dexter Etienne Modeste, *Pro Se*
200154154
Metro West Detention Center
13850 NW 41st Street
Miami, FL 33178